UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| BROADWAY GATE MASTER FUND, LTD., PENNANT MASTER FUND LP, and PENNANT WINDWARD MASTER FUND, LP,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN FINANCIAL CORPORATION, WILLIAM ERBEY, RONALD FARIS, MICHAEL BOURQUE, and JOHN BRITTI,<br><br>Defendants. | Civil Action No. 9:16-cv-80056-WPD |

### DECLARATION OF ROBERT F. ELGIDELY, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF GLENN R. HUBBARD

Robert F. Elgidely, Esq. hereby declares:

1. I am a partner with the law firm of Genovese Joblove & Battista, P.A., counsel for Plaintiffs Broadway Gate Master Fund, Ltd., Pennant Master Fund, LP, and Pennant Windward Master Fund, LP (collectively, "Plaintiffs" or "Pennant"). I submit this declaration in support of Plaintiffs' Motion to Exclude the Testimony of Glenn R. Hubbard ("Hubbard").

2. Attached are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | May 25, 2017 Expert Report of John D. Finnerty, Ph.D. ("Finnerty Report") (filed under seal) |
| 2 | June 26, 2017 Expert Report of Dr. Glenn R. Hubbard ("Hubbard Report") (filed under seal) |
| 3 | August 18, 2017 Deposition Transcript of Glenn R. Hubbard ("Hubbard Dep") (filed under seal) |
| 4 | Ocwen Financial Corporation 8-K, filed August 12, 2014 |
| 5 | Ocwen Financial Corporation 12b-25, filed August 12, 2014 |
| 6 | Ocwen Financial Corporation 10-K/A, filed August 18, 2014 |

| | |
|---|---|
| 7 | Consent Order as between Ocwen and the New York Department of Financial Services ("Consent Order"), dated December 19, 2014 |
| 8 | Aug. 4, 2014 Letter to Ocwen |

I declare under penalty of perjury that the foregoing is true and correct.

                                                /s/ *Robert F. Elgidely*
                                                ROBERT F. ELGIDELY

Dated: September 25, 2017