UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BROADWAY GATE MASTER FUND, LTD., PENNANT MASTER FUND LP, and PENNANT WINDWARD MASTER FUND, LP, <br><br> Plaintiffs, <br> v. <br><br> OCWEN FINANCIAL CORPORATION, WILLIAM ERBEY, RONALD FARIS, MICHAEL BOURQUE, and JOHN BRITTI, <br> Defendants. | Case No. 16-CV-80056-WPD <br><br> Declaration of Jonathan M. Wagner, Esq. In Opposition to Plaintiffs' Motion to Exclude Defendants' Expert Dr. Glenn Hubbard |

Jonathan M. Wagner hereby declares:

1. I am a partner with the firm of Kramer Levin Naftalis & Frankel LLP, co-counsel for Defendants Ocwen Financial Corporation, William Erbey, Ronald Faris, Michael Bourque and John Britti. I submit this declaration to provide documents cited in Defendants' Opposition to Plaintiffs' motion to exclude Defendants' expert Dr. Glenn Hubbard.

2. Attached as Exhibit 1 is the expert report of Dr. Hubbard dated June 26, 2017.

3. Attached as Exhibit 2 are excerpts from the deposition transcript of Dr. Hubbard dated August 18, 2017.

4. Attached as Exhibit 3 is the expert report of Dr. John D. Finnerty dated May 25, 2017.

5. Attached as Exhibit 4 are excerpts from the deposition transcript of Dr. Finnerty dated August 24, 2017.

6. Attached as Exhibit 5 are excerpts of the Form 10-K of Ocwen Financial Corporation dated March 1, 2013.

7. Attached as Exhibit 6 is an excerpt from the website of the Office of Mortgage Settlement Oversight available at https://www.jasmithmonitoring.com/omso/aboutthe-national-mortgage-settlement/ and last visited October 10, 2017.

8. Attached as Exhibit 7 are excerpts from the April 4, 2012 Consent Judgment in *United States v. Bank of America Corp.*, No. 12-cv-00361-RMC (D.D.C. 2012).

9. Attached as Exhibit 8 are excerpts from the February 26, 2014 Consent Judgment in *CFPB v. Ocwen Financial Corporation*, No. 13-cv-02025-RMC (D.D.C. 2014).

10. Attached as Exhibit 9 is a copy of the press release issued by Ocwen Financial Corporation dated May 1, 2014.

11. Attached as Exhibit 10 is the December 16, 2014 Monitor's Interim Report Regarding Compliance by Ocwen Loan Servicing, LLC as Successor by Assignment from Defendants Residential Capital LLC, GMAC Mortgage LLC, and Ally Financial Inc. for the Measurement Periods Ended March 31, 2014 and June 30, 2014 in *United States v. Bank of America Corp.*, No. 12-cv-00361-RMC (D.D.C.), without attachments.

12. Attached as Exhibit 11 is the May 7, 2015 Monitor's Second Interim Report Regarding Compliance by Ocwen Loan Servicing, LLC as Successor by Assignment from Defendants Residential Capital LLC, GMAC Mortgage LLC, and Ally Financial Inc. for the Measurement Periods Ended March 31, 2014 and June 30, 2014, in *United States v. Bank of America Corp.*, No. 12-cv-00361-RMC (D.D.C.), without attachments.

13. Attached as Exhibit 12 is the August 11, 2015 Monitor's Final Report Regarding Compliance by Ocwen Loan Servicing, LLC as Successor by Assignment from

Defendants Residential Capital LLC, GMAC Mortgage LLC, and Ally Financial Inc. for the Measurement Periods Ended March 31, 2014 and June 30, 2014, in *United States v. Bank of America Corp.*, No. 12-cv-00361-RMC (D.D.C.), without attachments.

14. Attached as Exhibit 13 is a copy of the report filed by Dr. Hubbard in *In re Ocwen Corp. Sec. Litig.*, Case No. 14-cv-81057-WPD (S.D. Fla.), dated January 6, 2017.

15. Attached as Exhibit 14 is a copy of an email from Lee Atzil to Michael Marone, copying Alan Fournier and Joerg Diedrich, dated August 12, 2014.

16. Attached as Exhibit 15 is a copy of an email exchange between Michael Marone and Lee Atzil dated August 12, 2014.

17. Attached as Exhibit 16 are excerpts from the deposition transcript of Dr. Hubbard in *In re Ocwen Corp. Sec. Litig.*, Case No. 14-cv-81057-WPD (S.D. Fla.), dated November 2, 2016.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2017.

_____
Jonathan M. Wagner

3