EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Civil Case 9:16-cv-80056

|  |  |
|---|---|
| ——————————————— | ) |
| BROADWAY GATE MASTER FUND, LTD., | ) |
| PENNANT MASTER FUND LP, and | |
| PENNANT WINDWARD MASTER FUND, | ) |
| LP, | ) |
| Plaintiffs, | ) |
| v. | ) |
| OCWEN FINANCIAL CORPORATION, | ) |
| WILLIAM ERBEY, RONALD FARIS, | |
| MICHAEL BOURQUE, and JOHN BRITTI, | ) |
| Defendants | ) |
| ——————————————— | ) |

**Expert Report of Glenn Hubbard**

**June 26, 2017**

**Table of Contents**

I.    Qualifications ......................................................................................................1

II.   Assignment ........................................................................................................3

III.  Allegations ........................................................................................................4

IV.  Loss Causation Analysis of At-Issue Alleged Misrepresentations ...........................5

   A.   Alleged Misrepresentations Regarding Mr. Erbey's Recusal ...........................5

   i.    Ocwen's Stock Price Did Not Experience a Statistically Significant Price Decline When the NYDFS Declared on August 4, 2014 that Mr. Erbey Had Not Recused Himself from Related Party Transactions .......................................................................................6

   B.   Alleged Misrepresentations Regarding Ocwen's Proper Internal Controls Over Financial Reporting.................................................................................................9

   C.   Alleged Misrepresentations Regarding Ocwen's Compliance with NMS Servicing Standards.................................................................................................10

I.      QUALIFICATIONS

1. My name is Glenn Hubbard. I hold the Russell L. Carson Professorship in Finance and
   Economics in the Graduate School of Business of Columbia University, where I am also
   the Dean.  In addition, I am a Professor of Economics in the Department of Economics
   of the Faculty of Arts and Sciences.  At the National Bureau of Economic Research, I
   am a research associate in programs on corporate finance, public economics, industrial
   organization, monetary economics, and economic fluctuations and growth.  I am an
   adviser to the President of the Federal Reserve Bank of New York.  Prior to joining the
   Columbia faculty as Professor of Economics and Finance in 1988, I taught in the
   Department of Economics at Northwestern University.  I have also served as Visiting
   Professor of Business Administration at Harvard Business School, John M. Olin Visiting
   Professor at the University of Chicago, Visiting Professor and Research Fellow of the
   Energy and Environmental Policy Center at the John F. Kennedy School of Government
   and John M. Olin Fellow at the National Bureau of Economic Research.  I hold A.M.
   and Ph.D. Degrees in economics from *Harvard University*, and B.A. and B.S. degrees
   from the *University of Central Florida*, *summa cum laude*.

2. My professional work has centered on problems in finance, public economics, industrial
   organization, monetary economics, and natural resource economics.  As an economist, I
   have examined the evolution and behavior of a wide range of firms and industries.  As

1

part of my research, I have conducted peer reviewed event studies.[1]  I have also

conducted event studies that look at, among other things, the issue of economic

materiality in several litigation matters.  My testimony involving event studies has been

accepted by courts.[2]

3.   I have authored more than 100 research articles, edited a number of books, and authored

leading textbooks on money and financial markets, intermediate macroeconomics, and

principles of economics.  From 2001 to 2003, I served as Chairman of the President's

Council of Economic Advisers; over that time period, I also served as Chairman of the

Economic Policy Committee for the Organization for Economic Cooperation and

Development (OECD) in Paris.  From 1991 to 1993, I served as Deputy Assistant

Secretary (Tax Analysis) of the U.S. Department of the Treasury, where I was

responsible for economic analysis of tax policy, the administration's revenue estimates,

and health care policy issues.    I have also been an adviser or consultant to the Board of

Governors of the Federal Reserve System, Social Security Administration,

Congressional Budget Office, Federal Reserve Bank of New York, Internal Revenue

Service, International Trade Commission, National Science Foundation, U.S.

Department of Energy, and U.S. Department of the Treasury.

4.   My *curriculum vitae*, which is attached as **Appendix A**, provides more biographical

details and lists my writings.    **Appendix B** lists the testimony that I have provided as an

expert witness within the past four years.

---

[1]    *See, for example*, R. Glenn Hubbard and Darius Palia, "Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms," *RAND Journal of Economics*, Vol. 26, No. 4, 1995, pp. 782-792; and R. Glenn Hubbard and Darius Palia, "A Reexamination of the Conglomerate Merger Wave in the 1960s: An Internal Capital Markets View," *Journal of Finance*, Vol. 54, No. 3, 1999, pp. 1131-1152.

[2]    *See, for example*, *Parnes v. Bally Entm't Corp.*, 2001 Del. Ch. LEXIS 34 (Del. Ch. 2001); *In re: Kosmos Energy Ltd. Securities Litigation*, 2014 U.S. Dist. LEXIS 36365 (N.D. Tex. 2014).

## II.    ASSIGNMENT

5.   I understand that Plaintiffs allege that Ocwen's management made misrepresentations to
its investors between March 1, 2013 and December 19, 2014 (the "Relevant Period")
which inflated the price of Ocwen's common stock.[3]  They further allege that Plaintiffs
were damaged because they purchased Ocwen stock at an inflated price, and hence
suffered declines in the value of the shares following disclosures that allegedly
"corrected" the prior misrepresentations.[4]  On May 25, 2017, Dr. John Finnerty issued
an Expert Report that contained a discussion about loss causation, an analysis of the
impact of alleged corrective disclosures on Ocwen's stock price, and a calculation of the
damages allegedly suffered by Plaintiffs.[5]  I have been asked by Kramer Levin Naftalis
& Frankel LLP, counsel for Defendants, to perform analyses and form opinions on these
same topics.  As part of my analysis, I evaluate the damages from each of the alleged
misstatements individually.[6]

6.   I am being compensated for my time in this matter at my standard billing rate of $1500
per hour.  Employees of Analysis Group, Inc. working under my direction have assisted
me in preparing this report.  I also receive a portion of the fees received by Analysis
Group, Inc. for work performed in conjunction with my assignment in this matter.  My
compensation in this matter is not contingent upon my findings or the outcome of this

---

[3]    Complaint for Violations of the Federal Securities Laws and the Common Law, Case 9:16-cv-80056 (S.D. Fla), January 12, 2016  ("Complaint"), ¶¶6-8.

[4]    Complaint, ¶254.

[5]    Expert Report of John D. Finnerty, Ph.D., May 25, 2017 (the "Finnerty Report").  The Finnerty Report also analyzed the efficiency of the market for Ocwen's common stock.  For purposes of this report, I accept Dr. Finnerty's conclusion that the market for Ocwen common stock was efficient during the Relevant Period.

[6]    On January 6, 2017, I issued an expert report on the topic of damages in the matter In re: Ocwen Financial Corporation Securities Litigation (Case 14-81057 CIV-WPD filed in the United States District Court, Southern District of Florida) and I incorporate those opinions by reference in this report.

litigation.  The materials that I, and those working under my direction, have considered for my analysis are listed in **Appendix C** of this report.  My work on this matter is ongoing, and I may review additional materials or conduct further analysis, including but not limited to analyzing any additional expert reports or testimony offered by Plaintiffs. I reserve the right to update, refine, or revise my opinion.

## III.    ALLEGATIONS

7.  Counsel for Defendants has informed me that the alleged misrepresentations that are at-issue in this case are in dispute.  For purposes of assessing loss causation and damages, Dr. Finnerty assumes that the alleged misrepresentations generally fall into the following categories: (1) Mr. William Erbey's "recusal from the approval of related-party transactions" and "safeguards" that Ocwen had in place to prevent Mr. Erbey's "interference" in related-party transactions; [7] (2) the preparation of Ocwen's financial statements in accordance with generally accepted accounting principles and Ocwen's controls with respect to its financial reporting;[8] and (3) "Ocwen's compliance with the NMS [National Mortgage Settlement] and Ocwen's disclosure procedures."[9]  Plaintiffs identified seven "partial corrective disclosure dates" that Dr. Finnerty adopted for his analyses.[10]  For purposes of this Report, I refer to these as the "Plaintiffs' Alleged Misrepresentations."

8.  I have been asked by counsel for Ocwen to evaluate loss causation and damages

---

[7]     Finnerty Report, ¶¶21, 109-111.

[8]     Finnerty Report, ¶¶21, 112.

[9]     Finnerty Report, ¶¶21, 113.

[10]    Finnerty Report, ¶¶117, 118-160.

4

assuming that the alleged at-issue misrepresentations are limited to Ocwen's public statements about: (1) Mr. Erbey's recusal from transactions between Ocwen and related companies; (2) Ocwen's alleged internal controls over its financial reporting; and (3) Ocwen's compliance with the NMS servicing standards.  My analysis below is based on three alleged corrective disclosure dates: August 4, August 12, and December 22, 2014.[11]

## IV. LOSS CAUSATION ANALYSIS OF AT-ISSUE ALLEGED MISREPRESENTATIONS

9.  In this section, I present an evaluation of loss causation and damages for each of the individual alleged misrepresentations.

### A. Alleged Misrepresentations Regarding Mr. Erbey's Recusal

10. My analysis, which includes: (1) a review of Ocwen's disclosures about Mr. Erbey's recusal from related-party transaction negotiations, (2) an empirical analysis of Ocwen's stock returns in response to the August 4, 2014 and December 22, 2014 disclosures of Mr. Erbey's involvement in negotiations regarding related-party transactions, (3) a review of other information (unrelated to Mr. Erbey's recusal) that was disclosed on these same dates, and (4) a review of analysts' commentary following disclosures made on these dates, provides the basis for my conclusion that there was no measurable price impact from this alleged misrepresentation.

---

[11]     I understand that the remaining four dates alleged by Plaintiffs and analyzed by Dr. Finnerty (February 26, October 21, October 22, December 16, 2014) are subject to either legal interpretation of the allegations and/or opinions of other experts (such as regulatory compliance experts).  I have been instructed by counsel to assume that disclosures on these dates are not curative of a prior misrepresentation.

i. **Ocwen's Stock Price Did Not Experience a Statistically Significant Price Decline When the NYDFS Declared on August 4, 2014 that Mr. Erbey Had Not Recused Himself from Related Party Transactions**

11. The first disclosure correcting the alleged misstatement that Mr. Erbey had recused himself from transaction negotiations between Ocwen and related parties, was on August 4, 2014. In its public letter to Ocwen on August 4, 2014, the New York Department of Financial Services ("NYDFS") stated that it had: "uncovered a growing body of evidence that Mr. Erbey has approved a number of transactions with the related companies, despite Ocwen's and Altisource's public claims – including in SEC filings – that he recuses himself from decisions involving related companies."[12] The letter specifically discussed Mr. Erbey's role in approving a complicated transaction between Ocwen and Altisource regarding forced-placed insurance.[13] I reviewed news articles published on both August 3, 2014 after the market closed and on August 4, 2014, and did not find any additional disclosures unrelated to Mr. Erbey's recusal that confounded the public information about Mr. Erbey's recusal on those days.

12. Statistical analysis shows that Ocwen's stock price movement on August 4, 2014 was not statistically significantly different from zero.[14] Therefore, I conclude that there is no statistical evidence that the corrective disclosure on August 4, 2014 removed inflation

---

[12]   Letter from the New York State Department of Financial Services to Ocwen Financial Corporation, August 4, 2014, p. 5.

[13]   Letter from the New York State Department of Financial Services to Ocwen Financial Corporation, August 4, 2014, p. 2.

[14]   I have reviewed the event study performed by Dr. Finnerty (Finnerty Report, ¶¶45-63) and in general agree with his methodology. My own independent analysis identifies the same set of peer companies as Dr. Finnerty, and my event study yields similar abnormal returns and the same level of statistical significance on the seven alleged corrective disclosure dates evaluated by Dr. Finnerty. Therefore, for purposes of this report, I adopt the abnormal returns estimated by Dr. Finnerty for the alleged corrective disclosure dates that I evaluate (¶66 on p. 30, and Exhibit 20).

from Ocwen's stock from alleged misstatements related to Mr. Erbey's recusal.

> ii.    **Ocwen's December 22, 2014 Stock Price Decline Can be Attributed to Factors Other than Disclosures of Mr. Erbey's Recusal From Related-Party Transactions**

13. On December 22, 2014, Ocwen announced its settlement with the NYDFS and the Consent Order was released to the public.  Among other information contained in the Consent Order, the NYDFS stated that Mr. Erbey had not recused himself from related-party transactions.  Although Ocwen's stock price experienced a statistically significant decline on this day,[15] the Consent Order contained several negative statements that might have contributed to Ocwen's stock price decline that were unrelated to Mr. Erbey's recusal.  For example, the Consent Order contained the following information:

   a.  Ocwen will be required to pay $150 million in penalties to assist New York homeowners impacted by Ocwen's foreclosure practices as well as to other housing recovery support services;

   b.  The NYDFS would select, at its sole discretion, an independent on-site operations monitor (the "Operations Monitor") that would review and assess the adequacy and effectiveness of Ocwen's operations.  The Operations Monitor would be in place for two years, and could be extended at the discretion of the NYDFS for another one year;

   c.  Ocwen will not be allowed to purchase any further mortgage servicing rights until it receives approval from the NYDFS and meets benchmarks developed by the Operations Monitor.[16]

14. I reviewed statements contained in analysts' reports issued on December 22, 2014 to assess the importance that the market placed on various disclosures contained in the

---

[15]    Finnerty Report, ¶66, Exhibit 20.

[16]    Consent Order Pursuant to New York Banking Law § 44, in the Matter of Ocwen Financial Corporation, Ocwen Loan Servicing, LLC., December 22, 2014.

Consent Order.[17]  These reports generally discussed the instability of Ocwen's management following Mr. Erbey's resignation, Ocwen's limited future growth, heightened compliance and monitoring expenses, and potentially higher litigation settlement costs.  There was no mention in any of these reports of Mr. Erbey's failure to recuse himself from related-party transactions.[18]

15. Furthermore, given the lack of a statistically significant market reaction when Mr. Erbey's alleged failure to recuse was first disclosed on August 4, 2014, there is little reason to expect that similar statements made on December 22, 2014 would cause a statistically significant price decline.

16. Therefore, I conclude that the December 22, 2014 disclosure regarding Mr. Erbey's failure to recuse himself had a minimal, if any, measurable impact on Ocwen's stock price.  Plaintiffs' expert, Dr. Finnerty, made no attempt to distinguish the stock price impact from statements about Mr. Erbey's failure to recuse from other confounding information contained in the Consent Order.

17. Based on my analyses of the August 4, 2014 and December 22, 2014 disclosures, I find no evidence of loss causation from alleged misstatements that Mr. Erbey recused himself from related-party transactions on any of the alleged event dates.

---

[17]     Compass Point, "NYDFS Settlement Reportedly Imminent, Our Initial Takeaways," December 22, 2014; Barclays, "Settlement with NY DFS Reportedly Imminent, OCN Growth in Question," December 22, 2014; Evercore ISI, "Settlement with NYDFS Announced," December 22, 2014; Evercore ISI, "Lowering Estimates and Target Price Following Settlement," December 22, 2014; PiperJaffray, "Updates From OCN's Post DFS Settlement Conference Call," December 22, 2014; Sterne Agee, "Erby to Resign … follow on monitoring could hold the company back for years," December 22, 2014; Bank of America Merrill Lynch, "NY DFS settlement; Erbey resigns, Operational changes," December 22, 2014; Citi, "Alert: Quick Thoughts on NYDFS Settlement; Reiterate Neutral," December 22, 2014.

[18]     A more fulsome description of the equity analyst commentary is contained in **Appendix D**.

### B.      Alleged Misrepresentations Regarding Ocwen's Proper Internal Controls Over Financial Reporting

18. On August 12, 2014, Ocwen filed a Notification of Late Filing with the SEC, stating that it would delay the filing of its Form 10Q for 2Q 2014 due to a change in its methodology to value the mortgage servicing rights ("MSRs") pledged to HLSS. Ocwen stated that it expected to amend its 2013 10K and 2014 first quarter 10Q, and acknowledged that there might be a finding that the company's internal controls over financial reporting were weak.[19]  According to Dr. Finnerty, Ocwen's stock price experienced a negative abnormal return of 3.72 percent, statistically significant at the 95 percent level.[20]

19. I reviewed analysts' commentary following the statements.  Analysts at Sterne Agee, in a report titled "more noise than substance," stated that they "do not view this as an issue of substance."    While the analysts quoted Ocwen's statement that "[t]he Company anticipates it will determine that a material weakness existed in the relevant time periods in the adequacy of our controls relating to how we monitor and implement the impact of applicable accounting conventions," they also stated that "[w]e have seen this language before and it usually represents more drama and cautionary disclosures by attorneys than substance."[21]

20. Some news articles also suggested that the market's reaction to Ocwen's announcement was tempered.  *Dow Jones Newswires* states that: "[i]nvestors shrug off the news as the

---

[19]     Ocwen Financial, Form NT 10-Q, dated August 12, 2014.

[20]     Finnerty Report, ¶66, Exhibit 20.

[21]     Sterne Agee, "HLSS and OCN Near-Term delay in filing their 10Qs … more noise than substance," August 12, 2014.

restatement culminates in pre-tax income for the total period staying the same, given a $17M increase in pre-tax income for 2013, is offset by a $17M decrease for 1Q."[22]

21. Also on August 12, 2014, two law firms (Block & Leviton and Tripp Levy) announced that they were investigating Ocwen and certain of its officers and directors for potentially widespread accounting violations and securities fraud.[23]

## C.    Alleged Misrepresentations Regarding Ocwen's Compliance with NMS Servicing Standards

22. Plaintiffs allege that Ocwen made misrepresentations regarding its NMS compliance and disclosure procedures during the Relevant Period.[24]  Plaintiffs further allege that the December 22, 2014 Consent Order disclosed to the market Ocwen's "concealed risk" from a lack of internal controls.[25]  In the Consent Order, there is no specific mention of NMS servicing standards or Ocwen's violation of these standards.  In fact, Dr. Finnerty has not identified a public disclosure that specifically states that Ocwen was not in compliance with the NMS servicing standards during the damage period, nor was I able to identify such a disclosure.  Although I am not expressing an economic opinion about a connection between statements made in the Consent Order about Ocwen's internal controls and alleged misrepresentations regarding Ocwen's NMS compliance (or lack thereof), I understand that it is Defendants' position that none of the December 22, 2014

---

[22]    "Ocwen Restates Results on Mortgage Servicing Accounting -- Market Talk," Dow Jones Newswires, August 12, 2014.

[23]    "Block & Leviton LLP Investigates Ocwen Financial Corp. After Announcement That The Company Will Restate Its Financials," PR Newswire, August 12, 2014; "Press Release: Ocwen Financial Investor Alert - National Securities Law Firm Encourages Shareholders With Losses In Excess Of $100,000 To Contact Law Firm," Dow Jones Newswire, August 12, 2014.

[24]    Complaint, ¶8.

[25]    Finnerty Report, ¶160.

disclosures were corrective.  It follows from Defendants' position that there was therefore no damage to Plaintiffs from disclosures in the Consent Order and the decline in Ocwen's stock price on December 22, 2014.  Even assuming, for argument's sake, that a connection could be established between the Consent Order and Ocwen's compliance with NMS servicing standards, one would have to separate the portion of the decline in Ocwen's stock price caused by disclosures related to NMS compliance versus other disclosures in the Consent Order that might have impacted Ocwen's stock price. Dr. Finnerty presents no framework to isolate damages that might have been caused by statements relating to NMS compliance, should a connection be established.

Glenn Hubbard

June 26, 2017

11

Appendix A

**ROBERT GLENN HUBBARD**

***Curriculum Vitae***

**PERSONAL DATA**

        Born:           In Orlando, Florida.
        Marital Status:    Married, two children.

**FIELDS OF SPECIALIZATION**

        Public Economics, Corporate Finance and Financial Institutions, Macroeconomics, Industrial Organization, Natural Resource Economics, Public Policy.

**EDUCATION**

        Ph.D., Economics, Harvard University, May 1983.
        Dissertation: *Three Essays on Government Debt and Asset Markets*, supervised by Benjamin M. Friedman, Jerry A. Hausman, and Martin S. Feldstein.

        A.M., Economics, Harvard University, May 1981.

        B.A., B.S., Economics, University of Central Florida, June 1979, *summa cum laude.*

**HONORS AND AWARDS**

        Visionary Award, Council for Economic Education, 2016.

        Silver Beaver Award, Boy Scouts of America, 2014.

        Medal of Honor, Foreign Policy Association, 2014.

        Homer Jones Lecture, Federal Reserve Bank of St. Louis, 2013.

        Fiftieth Anniversary Award of Scholarship, University of Central Florida, 2013.

        Franklin Delano Roosevelt Distinguished Service Award, Greater New York Council, Boy Scouts of America, 2012.

        Bloomberg Markets, 50 Most Influential Members of the Global Financial Community, 2012.

        National Association of Corporate Directors, Directorship 100: People to Watch, 2011.

        Joint American Economic Association/American Finance Association Distinguished Speaker, 2008.

        Cairncross Lecture, University of Oxford, 2007.

        Fellow of the National Association of Business Economists, 2005.

        William F. Butler Memorial Award, New York Association of Business Economists Award, 2005.

        Exceptional Service Award, The White House, 2002**.**

        Michelle Akers Award for Distinguished Service, University of Central Florida, 2001.

        Alumni Hall of Fame, University of Central Florida, 2000.

        Best Paper Award for Corporate Finance, Western Finance Association, 1998.

        Exceptional Service Award, U.S. Department of the Treasury, 1992.

        Distinguished Alumnus Award, University of Central Florida, 1991.

        John M. Olin Fellowship, National Bureau of Economic Research, 1987-1988.

        Teaching Commendations, Graduate School of Business, Columbia University.

        Northwestern University Associated Student Government Teaching Awards, announced in 1985, 1986, and 1987.

        Graduate Distinctions: National Science Foundation Fellowship, Alfred P. Sloan Foundation Fellowship.

        Undergraduate Distinctions: National Merit Scholarship, National Society of Professional Engineers Award, Florida Society of Professional Engineers Award, National Council of Teachers of English Award, Omicron Delta Kappa, Financial Management Association Honor Society.

**Robert Glenn Hubbard**                                               2                                               **February 2017**

**POSITIONS HELD**

| | |
|---|---|
| 2004-present | Dean, Graduate School of Business, Columbia University |
| 1994-present | Russell L. Carson Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1997-present | Professor of Economics, Faculty of Arts and Sciences, Columbia University |
| 2007-present | Panel of Economic Advisors, Federal Reserve Bank of New York (also 1993-2001) |
| 2003-present | Featured commentator, *Nightly Business Report* |
| 2003-2010 | Featured commentator, *Marketplace* |
| 2003-2007 | Visiting Scholar American Enterprise Institute (also 1995-2001) |
| 1999-2004 | Co-Director, Columbia Business School Entrepreneurship Program |
| 2004-2005 | Viewpoint Columnist, *Business Week* |
| 2004-2006 | Member, Panel of Economic Advisors, Congressional Budget Office |
| 2001-2003 | Chairman, President's Council of Economic Advisers |
| 2001-2003 | Chairman, Economic Policy Committee, Organization for Economic Cooperation and Development |
| 2001-2003 | Member, White House National Economic Council and National Security Council |
| 2001-2003 | Member, President's Council on Science and Technology |
| 1997-1998 | Visiting Professor of Business Administration, Harvard Business School |
| 1995-2001 | Visiting Scholar and Director of Tax Policy Program, American Enterprise Institute |
| 1994-1997 | Senior Vice Dean, Graduate School of Business, Columbia University |
| 1994 | MCI Fellow, American Council for Capital Formation |
| 1994 | John M. Olin Visiting Professor, Center for the Study of Economy and the State, University of Chicago |
| 1991-1993 | Deputy Assistant Secretary (Tax Analysis), U.S. Department of the Treasury |
| 1988-present | Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1987-1988 | John M. Olin Fellow in residence at the National Bureau of Economic Research |
| 1983-1988 | Assistant Professor of Economics, Northwestern University, with half-time research appointment in the Center for Urban Affairs and Policy Research |
| 1985 | Visiting Scholar, Center for Business and Government, John F. Kennedy School of Government, Harvard University |
| 1981-1983 | Teaching Fellow (Department of Economics) and Resident Tutor in Economics (Dunster House), Harvard University |

**Robert Glenn Hubbard**                                    3                                    **February 2017**

## DIRECTORSHIPS

| 2007-present | Met Life |
| 2006-2008 | Capmark Financial Corporation; Information Services Group |
| 2004-present | ADP, Inc.; BlackRock Closed-End Funds |
| 2004-2014 | KKR Financial Corporation |
| 2004-2008 | Duke Realty Corporation |
| 2004-2006 | Dex Media/R.H. Donnelley |
| 2003-2005 | ITU Venturesp |
| 2000-2001 | Angel Society, LLC; Information Technology University, LLC |

## CONSULTING OR ADVISORY RELATIONSHIPS

| 2016-present | 55 Capital |
| 2014-present | Fiscal Note |
| 2007-present | Consulting or Speaking Engagements at Some Point: U.S. Department of Justice, Internal Revenue Service, Access Midstream, Airgas, AlixPartners, Alternative Investment Group, Amazon, American Century, America's Health Insurance Plans, ApexBrasil, Association for Corporate Growth, Atlantic Point, Bank of America, Bank of New York Mellon, Barclays Services Corporation, BBVA Compass, BGC, BNP Paribas, Brevan Howard, Capital Research, Carlyle Group, Citigroup, Commonfund, Compagnie Financiere Tradition, ComScore, Credit Suisse, Dell, Deutsche Bank, Donald Fewer, FactSet, Fidelity, Franklin Resources, Freddie Mac, Gartner, Goldman Sachs, Good, Government of Greece, Sue Ann Hamm, The Hartford, Intel, JP Morgan Chase, Key Bank, Kosmos, Microsoft, Morgan Stanley, Mylan, NAREIT, National Rural Utilities Cooperative Finance Corporation, New York Bankers Association, NMS Group, Nationwide, Ocwen, Oracle, Patriarch, Pension Real Estate Association, Principal Management Corporation, Prium, Promontory, Rabobank, Real Estate Roundtable, Related Properties, Reynolds American, Royal Bank of Canada, Royal Bank of Scotland, SIG, Solera, SunTrust, Telia Sonera, Trust Company of the West, Tullett Prebon, Visa, Walter Energy, William Walters, Wells Fargo, |
| 2005-2009 | Arcapita |
| 2005-2010 | Nomura Holdings America |
| 2008 | Laurus Funds |
| 2005-2008 | Chart Venture Partners |
| 2003-2009 | Ripplewood Holdings |

## POSTS IN NON-PROFIT ORGANIZATIONS

| 2006-present | Co-Chair, Committee on Capital Markets Regulation |
| 2004-present | Member, Advisory Board, National Center on Addiction and Substance Abuse |
| 2003-present | Member, Manhattan District Council Board, Boy Scouts of America |
| 2012-2015 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2010-2011 | Co-Chair, The Study Group on Corporate Boards |
| 2008-2011 | Elder, Fifth Avenue Presbyterian Church |
| 2008-2010 | Chairman, Economic Club of New York |
| 2006-2008 | Member, Board of Directors, Resources for the Future |
| 2003-2008 | Trustee, Tax Foundation |
| 2004-2010 | Trustee, Economic Club of New York |
| 2004-2007 | Trustee, Fifth Avenue Presbyterian Church, New York |

**Robert Glenn Hubbard**                                            4                                            **February 2017**

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1987-present | Research Associate, National Bureau of Economic Research (Monetary Economics, Corporate Finance, Public Economics, Economic Fluctuations, Industrial Organization) |
| 2007-present | Life Member, Council on Foreign Relations |
| 2017-present | Member, U.S.-China Economic and Security Review Commission |
| 2003 | Member, Committee of Visitors, National Science Foundation |
| 2000 | Panelist, Graduate Fellowship Selection Committee, National Science Foundation |
| 1999-2001 | Director, Project on Nonprofit Organizations, National Bureau of Economic Research |
| 1997-2001 | Member, COSSA-Liaison Committee, American Economic Association |
| 1993-2001 | Board of Advisors, Institutional Investor Project, School of Law, Columbia University |
| 1995-1999 | Member, Board of Academic Consultants, American Law Institute |
| 1997 | Member, Grants Panel for Integrative Graduate Education and Research Training Program, National Science Foundation |
| 1994-1996 | Member, Economics Grants Panel, National Science Foundation |
| 1993-1996 | Member, Federal Taxation and Finance Committee, National Tax Association |
| 1990-1995 | Co-organized research program on International Aspects of Taxation at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1995 | Member, Program Committee, American Economic Association Meeting |
| 1983-1987 | Faculty Research Fellow, National Bureau of Economic Research |
| 1983-1986 | Adjunct Faculty Research Fellow, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, Massachusetts |
| 1986, 1988, 1994 | Member of the Brookings Panel on Economic Activity |
| 1985, 1987 | Special guest of the Brookings Panel on Economic Activity |
| 1990-1991 | Organized research program on Environmental Economics and Public Policy at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988-1990 | Co-organized research program on Dynamic Models of Firms and Industries at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1985-1989 | Organized research program and workshops on contracting in financial markets at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988 | Organized Economic Fluctuations program on Industrial Economics and Macroeconomics, National Bureau of Economic Research, Stanford, California |
| 1986-1988 | Organized research program and workshop on links between macroeconomics and industrial organization at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1991 | Member, Program Committee, Econometric Society Winter Meetings |

| 1982-1983 | Member, Energy Modeling Forum VII Study Group, Stanford University, Stanford, California |
|---|---|
| 1981-present | Consultant on research projects with private corporations and government and international agencies, including the Internal Revenue Service, Social Security Administration, U.S. Department of Energy, U.S. Department of State, U.S. Department of Treasury, and U.S. International Trade Commission; National Science Foundation; The World Bank; Board of Governors of the Federal Reserve System; Federal Reserve Bank of New York; Congressional Budget Office |
| Member: | American Economic Association, American Finance Association, Association for Public Policy and Management, Econometric Society, International Association of Energy Economists, National Tax Association, the Royal Economic Society, and the Institute for Management Science |
| Referee: | *American Economic Review; Canadian Journal of Economics; Columbia Journal of World Business; Econometrica; Economic Journal; Energy Economics; Energy Journal; International Finance; International Tax and Public Finance; Journal of Business; Journal of Business and Economic Statistics; Journal of Economic History; Journal of Economic Literature; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis, Journal of Financial Services Research; Journal of Industrial Economics; Journal of International Money and Finance; Journal of Law and Economics; Journal of Macroeconomics; Journal of Money, Credit, and Banking; Journal of Monetary Economics; Journal of Political Economy; Journal of Public Economics; Journal of Regulatory Economics; Journal of Small Business Finance; Management Science; National Tax Journal; Quarterly Journal of Economics; Quarterly Review of Economics and Finance; RAND Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Economics; Scandinavian Journal of Economics; Southern Economic Journal; National Science Foundation*; C.V. Starr Center for Applied Economics (New York University); Addison-Wesley Publishing Company; Ballinger Press; Cambridge University Press; Harvard Business School Press; MIT Press; W.W. Norton; Oxford University Press |
| Associate Editor: | *Journal of Applied Corporate Finance* |
| Former Associate Editor: | *Federal Reserve Bank of New York Economic Policy Review; International Finance; International Tax and Public Finance; Journal of Industrial Economics; Journal of Macroeconomics; Journal of Small Business Finance; National Tax Journal* |

## PUBLICATIONS AND PAPERS

### Edited Volumes

*Transition Costs of Fundamental Tax Reform* (with K.A. Hassett), Washington, DC: AEI Press, 2001.

*Inequality and Tax Policy* (with K.A. Hassett), Washington, DC: AEI Press, 2001.

*Effects of Taxation on Multinational Corporations* (with M. Feldstein and J.R. Hines), Chicago: University of Chicago Press, 1995.

*Taxing Multinational Corporations* (with M. Feldstein and J. R. Hines), Chicago: University of Chicago Press, 1995.

*Studies in International Taxation* (with A. Giovannini and J. B. Slemrod), Chicago: University of Chicago Press, 1993.

*Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

*Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

**Books**

*Balance* (with T. Kane), Simon and Schuster, 2013.

*Healthy, Wealthy, and Wise* (with J.F. Cogan and D.P. Kessler), Hoover Institution Press and AEI Press, 1st ed., 2005; 2nd ed., 2011.

*Seeds of Destruction* (with P. Navarro), FT Publishing, 2010.

*The Mutual Fund Industry: Competition and Investor Welfare* (with M.F. Koehn, S.I. Ornstein, M. Van Audenrode, and J. Royer), New York: Columbia Business School Publishing, 2010.

*The Aid Trap: Hard Truths About Ending Poverty* (with W. Duggan), Columbia Business School Publishing, 2009.

**Textbooks**

*Principles of Economics* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2006; 2nd ed., 2008; 3rd ed., 2010; 4th ed., 2013; 5th ed., 2015; 6th ed., 2017; 7th ed., *forthcoming.*

*Money, Banking, and the Financial System* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2012; 2nd ed., 2013.

*Macroeconomics* (with A.P. O'Brien and M. Rafferty), Pearson Prentice Hall, 1st ed., 2012; 2nd ed., 2014.

*Money, the Financial System, and the Economy,* Reading: Addison-Wesley Publishing Company, 1st ed., 1994; 2nd ed., 1997; 3rd ed., 2000; 4th ed., 2002; 5th ed., 2004; 6th ed., 2007.

**Publications**

***Articles***

"Country Characteristics and the Incidence of Capital Income Taxation on Wages:  An Empirical Assessment" (with C. Azemar), *Canadian Journal of Economics*, forthcoming.

"Taxing Capital's Gains: Capital's Ideas and Tax Policy in the Twenty-First Century", *National Tax Journal*, 68 (2015): 409-424.

Reforming the Tax Preference for Employer Health Insurance" (with J. Bankman, J.F. Cogan, and D.P. Kessler), *Tax Policy and the Economy*, volume 26, Cambridge, University of Chicago Press, 2012.

"The Effect of Tax Preferences on Health Spending" (with J.F. Cogan and D.P. Kessler), *National Tax Journal*, 64 (2011): 795-816.

"The Effect of Medicare Coverage for the Disabled on the Market for Private Insurance" (with J.F. Cogan and D.P. Kessler), *Journal of Health Economics* 29 (2010): 418-428.

"The Effect of Massachusetts' Health Reform on Employer-Sponsored Insurance Premiums" (with J.F. Cogan and D.P. Kessler), *Forum for Health Economics and Policy*, 2010.

"The Mortgage Market Meltdown and House Prices" (with C. Mayer), *The B.E. Journal of Economic Analysis & Policy* 9: Issue 3 (Symposium), Article 8 (2009).

"Competition in the Mutual Fund Industry: Evidence and Implications for Policy" (with J. Coates), *Journal of Corporation Law*, 33 (Fall 2007).

"Evaluating Effects of Tax Preferences on Health Care Spending and Federal Revenues" (with J.F. Cogan and D.P. Kessler), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 21, Cambridge: MIT Press, 2007.

"To Bundle or Not to Bundle: Firms' Choices Under Pure Building" (with A. Saha and J. Lee), *International Journal of the Economics of Business*, 14 (2007): 59-83.

"The Effects of Progressive Income Taxation on Job Turnover" (with W.M. Gentry), *Journal of Public Economics* 88 (September 2004): 2301-2322.

"Business, Knowledge, and Global Growth", *Capitalism and Society*, 1 (2006).

"Precautionary Savings and the Governance of Nonprofit Organizations" (with R. Fisman), *Journal of Public Economics*, 2005.

"Government Debt and Interest Rates" (with E. Engen), in M. Gertler and K. Rogoff, *NBER Macroeconomics Annual 2004*, Cambridge: MIT Press, 2005.

"Entrepreneurship and Household Saving" (with W.M. Gentry), *Advances in Economic Analysis and Policy*, 4 (2004).

"Taxing Multinationals" (with M. Devereux), *International Taxation and Public Finance* 10(2003):469-487.

"The Effect of the Tax Reform Act of 1986 on the Location of Assets in Financial Services Firms" (with R. Altshuler), *Journal of Public Economics* 87 (January 2003):109-127.

"The Role of Nonprofit Endowments" (with R. Fisman), in E. Glaeser, ed., *The Governance of Not-For-Profit Organizations*, Chicago: University of Chicago Press, 2003.

"Are There Bank Effects in Borrowers' Costs of Funds?: Evidence from a Matched Sample of Borrowers and Banks" (with K.N. Kuttner and D.N. Palia), *Journal of Business* 75 (October 2002): 559-581.

"The Share Price Effects of Dividend Taxes and Tax Imputation Credits" (with T.S. Harris and D. Kemsley), *Journal of Public Economics* 79 (March 2001): 569-596.

"Tax Policy and Entrepreneurial Entry" (with W.M. Gentry), *American Economic Review* 90 (May 2000).: 283-287.

"Understanding the Determinants of Managerial Ownership and the Link Between Ownership and Performance" (with C.P. Himmelberg and D. Palia), *Journal of Financial Economics* 53 (1999): 353-384.

"A Reexamination of the Conglomerate Merger Wave in the 1960s" (with D. Palia), *Journal of Finance* 54 (June 1999): 1131-1152.

"Inflation and the User Cost of Capital: Does Inflation Still Matter?" (with D. Cohen and K.A. Hassett), in M. Feldstein, ed., *The Costs and Benefits of Achieving Price Stability*, Chicago: University of Chicago Press, 1999.

"Are Investment Incentives Blunted by Changes in Prices of Capital Goods?: International Evidence" (with K.A. Hassett), *International Finance* 1 (October 1998): 103-125.

"Capital-Market Imperfections and Investment," *Journal of Economic Literature* 36 (March 1998): 193-225.

"Fundamental Tax Reform and Corporate Financial Policy" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 12, Cambridge: MIT Press, 1998.

"Distributional Implications of Introducing a Broad-Based Consumption Tax" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 11, Cambridge: MIT Press, 1997.

"How Different Are Income and Consumption Taxes?," *American Economic Review* 87 (May 1997): 138-142.

"Tax Policy and Investment," (with K.A. Hassett), in A.J. Auerbach, ed., *Fiscal Policy: Lessons from Economic Research*, Cambridge: MIT Press, 1997.

"Assessing the Effectiveness of Saving Incentives" (with J. Skinner), *Journal of Economic Perspectives* 10 (Fall 1996): 73-90.

"The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition Among Small and Large Banks" (with N. Economides and D. Palia), *Journal of Law and Economics* 39 (October 1996): 667-704.

"Tax Reforms and Investment: A Cross-Country Comparison" (with J.G. Cummins and K.A. Hassett), *Journal of Public Economics* 62 (1996): 237-273.

"Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms" (with D. Palia), *RAND Journal of Economics* 26 (Winter 1995): 782-792.

"Executive Pay and Performance: Evidence from the U.S. Banking Industry" (with D. Palia), *Journal of Financial Economics* 39 (1995): 105-130.

"Tax Policy, Internal Finance, and Investment: Evidence from the Undistributed Profits Tax of 1936-1937" (with C. Calomiris), *Journal of Business* 68 (October 1995): 443-482.

"A Reconsideration of Investment Behavior Using Tax Reforms as Natural Experiments" (with J.G. Cummins and K.A. Hassett), *Brookings Papers on Economic Activity* (1994:2): 1-59.

"Precautionary Saving and Social Insurance" (with J. Skinner and S. Zeldes), *Journal of Political Economy* 105 (April 1995): 360-399.

"Expanding the Life-Cycle Model: Precautionary Saving and Public Policy" (with J. Skinner and S. Zeldes), *American Economic Review* 84 (May 1994): 174-179.

"The Tax Sensitivity of Foreign Direct Investment: Evidence from Firm-Level Panel Data" (with J. Cummins), in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"International Adjustment Under the Classical Gold Standard: Evidence for the U.S. and Britain, 1879- 1914" (with C. Calomiris), in T. Bauoumi, B. Eichengreen, and M. Taylor, eds., *Modern Perspectives on the Gold Standard*, Cambridge: Cambridge University Press, 1995.

"Internal Finance and Firm-Level Investment" (with A. Kashyap and T. Whited), *Journal of Money, Credit, and Banking* 27 (August 1995): 683-701.

"Do Tax Reforms Affect Investment?" (with J.G. Cummins and K.A. Hassett), in J.M. Poterba, ed., *Tax Policy and the Economy*, vol. 9, Cambridge: MIT Press, 1995.

"The Importance of Precautionary Motives for Explaining Individual and Aggregate Saving" (with J. Skinner and S. Zeldes), *Carnegie-Rochester Conference Series on Public Policy* 40 (June 1994): 59-126.

"Corporate Financial Policy, Taxation, and Macroeconomic Risk" (with M. Gertler), *RAND Journal of Economics* 24 (Summer 1993): 286-303.

"Internal Net Worth and the Investment Process: An Application to U.S. Agriculture" (with A. Kashyap), *Journal of Political Economy* 100 (June 1992): 506-534.

"Long-Term Contracting and Multiple-Price Systems" (with R. Weiner), *Journal of Business* 65 (April 1992): 177-198.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Industry" (with R. Weiner), *Journal of Law and Economics* 34 (April 1991): 25-67.

"Interest Rate Differentials, Credit Constraints, and Investment Fluctuations" (with M. Gertler and A. Kashyap), in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Taxation, Corporate Capital Structure, and Financial Distress" (with M. Gertler), in L.H. Summers, ed., *Tax Policy and the Economy*, volume 4, Cambridge: MIT Press, 1990.

"Firm Heterogeneity, Internal Finance, and Credit Rationing" (with C. Calomiris), *Economic Journal* 100 (March 1990): 90-104.

"Coming Home to America: Dividend Repatriations in U.S. Multinationals" (with J. Hines), in A. Razin and J.B. Slemrod, eds., *Taxation in the Global Economy*, Chicago: University of Chicago Press, 1990.

"Price Flexibility, Credit Availability, and Economic Fluctuations: Evidence from the U.S., 1894-1909" (with C. Calomiris), *Quarterly Journal of Economics* 104 (August 1989): 429-452.

"Financial Factors in Business Fluctuations" (with M. Gertler), in Federal Reserve Bank of Kansas City, *Financial Market Volatility--Causes, Consequences, and Policy Responses*, 1989.

"Contracting and Price Adjustment in Commodity Markets: Evidence from Copper and Oil" (with R. Weiner), *Review of Economics and Statistics* 71 (February 1989): 80-89.

"Financing Constraints and Corporate Investment" (with S. Fazzari and B.C. Petersen), *Brookings Papers on Economic Activity*, 1988:1: 141-195; Reprinted in Z.J. Acs, ed., *Small Firms and Economic Growth*, Cheltenham, U.K.: Edward Elgar Publishing Ltd., 1995.

"Investment, Financing Decisions, and Tax Policy" (with S. Fazzari and B.C. Petersen), *American Economic Review* 78 (May 1988): 200-205.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics* 70 (February 1988): 55-66.

"Capital Market Imperfections and Tax Policy Analysis in the Life-Cycle Model" (with K. Judd), Annales d' *Economie et de Statistique* 9 (January-March 1988): 111-139.

"Social Security and Individual Welfare: Precautionary Saving, Borrowing Constraints, and the Payroll Tax" (with K. Judd), *American Economic Review* 77 (September 1987): 630-646.

"Oligopoly Supergames: Some Empirical Evidence on Prices and Margins" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 36 (June 1987): 379-398.

"Uncertain Lifetimes, Pensions, and Individual Saving," in Zvi Bodie, John B. Shoven, and David A. Wise (eds.), *Issues in Pension Economics,* Chicago: University of Chicago Press, 1987, pp. 175-205.

"The Farm Debt Crisis and Public Policy" (with C. Calomiris and J. Stock), *Brookings Papers on Economic Activity*, 1986:2: 441-479.

"Liquidity Constraints, Fiscal Policy, and Consumption" (with K. Judd), *Brookings Papers on Economic Activity*, 1986:1: 1-50.

"The Intertemporal Stability of the Concentration-Margins Relationship" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 35 (September 1986): 13-34.

"Pension Wealth and Individual Saving: Some New Evidence," *Journal of Money, Credit, and Banking* 18 (May 1986): 167-178.

"Supply Shocks and Price Adjustment in the World Oil Market," *Quarterly Journal of Economics* 101 (February 1986): 85-102.

"Regulation and Long-Term Contracts in U.S. Natural Gas Markets" (with R. Weiner), *Journal of Industrial Economics* 35 (September 1986): 51-71.

"Business Cycles and the Relationship Between Concentration and Price-Cost Margins" (with I. Domowitz and B.C. Petersen), *RAND Journal of Economics* 17 (Spring 1986): 1-17.

"Inventory Optimization in the U.S. Petroleum Industry: Empirical Analysis and Implications for Energy Emergency Policy" (with R. Weiner), *Management Science 32* (July 1986): 773-790.

"Social Security, Liquidity Constraints, and Pre-Retirement Consumption," *Southern Economic Journal* 51 (October 1985): 471-484.

"Personal Taxation, Pension Wealth, and Portfolio Composition," *Review of Economics and Statistics* 67 (February 1985): 53-60.

"Industry Margins and the Business Cycle: Some New Microeconomic Evidence" (with I. Domowitz and B.C. Petersen), *Economics Letters* 19 (1985): 73-77.

"Oil Supply Shocks and International Policy Coordination" (with R. Weiner), *European Economic Review* 30 (February 1986): 91-106.

"Do IRAs and Keoghs Increase Saving?," *National Tax Journal* 37 (March 1984): 43-54.

*The Financial Impacts of Social Security: A Study of Effects on Household Wealth Accumulation and Allocation, in Monograph Series in Finance and Economics*, New York University, 1983.

*Writings on Public Policy*

"Supporting Work, Inclusion, and Mass Prosperity," in M. Strain ed., *The U.S. Labor Market: Questions and Challenges for Public Policy.* Washington, DC: AEI Press, 2016.

"Financial Regulatory Reform: A Progress Report," Federal Reserve Bank of St. Louis *Review* (May/June 2013): 181-197

"Consequences of Government Deficits and Debt," *International Journal of Central Banking* (January 2012).

"Putting Economic Ideas Back into Innovation Policy," in J. Lerner and S. Stern, eds., *The Rate and Direction of Inventive Activity Revisited.* Chicago: University of Chicago Press, 2012.

"Back to the Future: The Marshall Plan" (with W. Duggan), in C. Schramm, ed. Entrepreneurship and Expeditionary Economics, Kansas City: Kauffman Foundation (2011): 8-19.

"The Morning After: A Road Map for Financial Regulatory Reform," in R. B. Porter, R. R. Glauber, and J.J. Healey, eds., *New Directions in Financial Services Regulation*, Cambridge: MIT Press (2011): 77-98.

"The Best Business Education Ever," *BizEd* 6:5 (2007).

"An Action Plan for US Capital Markets," *International Finance* 10:1 (2007): 91-99.

"Nondestructive Creation," *strategy+business* 27 (Summer 2007): 30-35.

"The Productivity Riddle," *strategy+business* 45 (Winter 2006): 28-33.

"Overview of the Japanese Deficit Question," *(with T. Ito),* in *"Tackling Japan's Fiscal Challenges: Strategies to Cope with High Public Debt and Population Aging*, Palgrave, Macmillan (October 31, 2006).

"The U.S. Current Account Deficit and Public Policy," *Journal of Policy Modeling* 28 (2006): 665-671.

"Making Markets Work," (with J.F. Cogan and D.P. Kessler), *Health Affairs* 24 (November/December 2005): 1447-1457.

*How Capital Markets Enhance Economic Performance and Facilitate Job Creation* (with W.C. Dudley), New York: Goldman Sachs Markets Institute, 2004.

"Would a Consumption Tax Favor the Rich?," In A.J. Auerbach and K.A. Hassett, eds., *Toward Fundamental Tax Reform.* Washington, DC: AEI Press, 2005.

"The Economist as Public Intellectual," *Journal of Economic Education* 35 (Fall 2004): 391-394.

"Success Taxes, Entrepreneurship, and Innovation," (with W.M. Gentry), in *Innovation and the Economy*, volume 5, forthcoming.

"Tax Policy and International Competitiveness," *Taxes-The Tax Magazine* (March 2004): 233-241.

"Capital-Market Imperfections, Investment, and the Monetary Transmission Mechanism," in Heinz Hermann, ed., *Investing for the Future.* Frankfurt: Deutsche Bundesbank, 2001.

"The Growth of Institutional Stock Ownership: A Promise Unfulfilled," (with F.R. Edwards), *Journal of Applied Corporate Finance* 13 (Fall 2000): 92-104.

"Telecommunications, the Internet, and the Cost of Capital," in Ingo Vogelsang and Benjamin Compaine, eds., *The Internet Upheaval*, Cambridge: MIT Press, 2000.

"Federal Deposit Insurance: Economic Efficiency or Politics?" (with N. Economides and D. Palia), *Regulation* 22 (1999): 15-17.

*Institutional Investors and Corporate Behavior* (with G. R. Downes, Jr. and E. Houminer), Washington, D.C., American Enterprise Institute, 1999.

*The Magic Mountain: Is There a Budget Surplus?* (with K.A. Hassett), Washington, D.C.: American Enterprise Institute, 1999.

*Medical School Financing and Research: Problems and Policy Options*, Washington, D.C.: American Enterprise Institute, 1999.

"The Golden Goose: Understanding (and Taxing) the Saving of Entrepreneurs," in Gary D. Libecap, ed., *Advances in the Study of Entrepreneurship, Innovation, and Growth*, volume 10, Greenwich: JAI Press, 1998.

"U.S. Tax Policy and Multinational Corporations: Incentives, Problems, and Directions for Reform," in Dale W. Jorgenson and James M. Poterba, eds., *Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*, Washington, D.C.: National Research Council, 1998.

"Distributional Tables and Tax Policy," in David F. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, D.C.: AEI Press, 1995.

"Is There a 'Credit Channel' for Monetary Policy?," *Federal Reserve Bank of St. Louis Review* 77 (May/June 1995): 63-77.

"U.S. Tax Policy and Foreign Direct Investment: Incentives, Problems, and Reform," *Tax Policy and Economic Growth,* Washington, DC: American Council for Capital Formation, 1995.

"The Use of 'Distribution Tables' in the Tax Policy Process," *National Tax Journal* 46 (December 1993): 527-537.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," *Tax Notes* (November 22, 1993): 985-1000.

"Corporate Tax Integration: A View from the Treasury Department," *Journal of Economic Perspectives* (Winter 1993): 115-132; reprinted in P. Roberti, ed., *Financial Markets and Capital Income Taxation in a Global Economy*, Amsterdam: North-Holland, 1998.

"The President's 1992 Health Care White Paper: An Economic Perspective," *National Tax Journal* 45 (September 1992): 347-356.

"Household Income Changes Over Time: Some Basic Questions and Facts," *Tax Notes* (August 24, 1992).

"Household Income Mobility During the 1980s: A Statistical Assessment Based on Tax Return Data" (with J. Nunns and W. Randolph), *Tax Notes* (June 1, 1992).

"Debt Renegotiation," *Institutional Investor* 24 (June 1990).

"Petroleum Regulation and Public Policy" (with R. Weiner), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened,* Boston: Little, Brown, and Company, 1986.

"Natural Gas: The Regulatory Transition" (with R. Braeutigam), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas Contracting in Practice: Evidence from the United States" (with R. Weiner), in Michael Hoel and Bruce Wolman (eds.), *Natural Gas Markets and Contracts, Contributions to Economic Analysis Series*, North-Holland, 1986.

"Contracting and Regulation Under Uncertainty: The Natural Gas Market" (with R. Weiner), in John P. Weyant and Dorothy B. Sheffield (eds.), *The Energy Industries in Transition: 1985-2000,* Boulder: Westview Press, 1985.

"Oil and OECD Economies: Measuring Stockpile Coordination Benefits" (with J. Marquez and R. Weiner), in Mark Baier (ed.), *Energy and Economy: Global Interdependencies*, Bonn: Gesellschaft für Energiewissenschaft und Energiepolitik, 1985.

"Managing the Strategic Petroleum Reserve: Energy Policy in a Market Setting" (with R. Weiner), *Annual Review of Energy* 10 (1985): 339-359.

"Modeling Oil Price Fluctuations and International Stockpile Coordination" (with R. Weiner), *Journal of Policy Modeling* 7 (Summer 1985): 339-359.

"Crude Oil Trading and Price Stability" (with R. Weiner), in William F. Thompson and David J. De Angelo (eds.), *World Energy Markets: Stability or Cyclical Change*, Boulder: Westview Press, 1985.

"Energy Price Shocks, Inflation, and Economic Activity: Simulation Results of the Hubbard-Fry Model", in Bert Hickman and Hillard Huntington (eds.), *Macroeconomic Impact of Oil Supply Shocks: Report of the Energy Modeling Forum VII Project*, 1985.

"Drawing Down the Strategic Petroleum Reserve: The case for Selling Futures Contracts" (with S. Devarajan), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Government Stockpiles in a Multi-Country World: Coordination versus Competition" (with R. Weiner), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"The 'Sub-Trigger' Crisis: An Economic Analysis of Flexible Stock Policies" (with R. Weiner), *Energy Economics* 5 (July 1983): 178-189.

"Temporary Tax Reductions as Responses to Oil Shocks," in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Policy Analysis with Your Hands Tied: The Case of Disruption Tariff Under Oil Price Controls," in Fred S. Roberts (ed.), *Energy Modeling IV: Planning for Energy Disruptions*, Institute of Gas Technology, 1982.

*Comments, Notes, and Reviews*

"Comment" on D. Elmendorf, "'Dynamic Scoring': Why and How to Include Macroeconomic Effects in Budget Estimates for Legislative Proposals," *Brookings Papers on Economic Activity* (Fall 2015): 134-138.

"Comment" on A.J. Auerbach, "The Choice Between Income and Consumption Tax: A Primer," in A.J. Auerbach and D. Shaviro, eds., *Key Issues in Public Finance: Essays In Honor of David Bradford,* forthcoming.

"Pay Without Performance: A Market Equilibrium Critique," *Journal of Corporation Law* 30 (Summer 2005): 717-720.

"Financing Constraints and Corporate Investment: Response to Kaplan and Zingales," *Quarterly Journal of Economics* 115 (May 2000): 695-705.

"Comment" on Charles Handlock, Joel Houston, and Michael Ryngaert, "The Role of Managerial Incentives in Bank Acquisitions," *Journal of Banking and Finance* 23 (1999): 250-254.

"Comment" on D.H. Moss, "Courting Disaster?: The Transformation of Federal Disaster Policy Since 1903," in K.A. Froot, ed., *The Financing of Catastrophic Risk*, Chicago: University of Chicago Press, 1999.

"Market for Corporate Control" (with D. Palia), in P. Newman, ed., *The New Palgrave Dictionary of Economics and the Law*, London: Macmillan, 1998.

"Comment" on Joseph Peek and Eric Rosengren, "Do Monetary Policy and Regulatory Policy Affect Bank Loans?" in *Is Bank Lending Important for the Transmission of Monetary Policy?* Federal Reserve Bank of Boston, Conference Series (Proceedings) 39 (1995): 47-79.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Taxing Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Investment Under Uncertainty: Keeping One's Options Open," *Journal of Economic Literature* 32 (December 1994): 1794-1807.

"Introduction," in A. Giovannini, R.G. Hubbard, and J. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Comment" on G. Peter Wilson, "The Role of Taxes in Location and Source Decisions," in A. Giovannini, R.G. Hubbard, and J.B. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing: Reply" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics*, 1993.

"Introduction," in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Introduction," in R.G. Hubbard, ed., *Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

"Comment" on Alberto Giovannini and James R. Hines, Jr., "Capital Flight and Tax Competition: Are There Viable Solutions to Both Problems?," in A. Giovannini and C. Mayer, eds., *European Financial Integration*, London: Centre for Economic Policy Research, 1990.

"Comment" on Roger H. Gordon and Jeffrey K. MacKie-Mason, "Effects of the Tax Reform Act of 1986 on Corporate Financial Policy and Organizational Form," in J.B. Slemrod, ed., *Do Taxes Matter?: Economic Impacts of the Tax Reform Act of 1986*, Cambridge: MIT Press, 1990.

"Comment" on James M. Poterba, "Tax Policy and Corporate Saving," *Brookings Papers on Economic Activity*, 1987:2.

"Comment" on Robert E. Hall, "Market Structure and Macro Fluctuations," *Brookings Papers on Economic Activity, 1986*:2.

"Comment" on Alan S. Blinder and Angus Deaton, "The Time-Series Consumption Function Revisited," *Brookings Papers on Economic Activity*, 1985:2.

"Comment" on Benjamin S. Friedman and Mark Warshawsky, "The Cost of Annuities: Implications for Saving Behavior and Bequests," in Zvi Bodie, John Shoven, and David Wise (eds.), *Pensions in the U.S. Economy*, Chicago: University of Chicago Press, 1987.

"Energy Security: Book Reviews," *Energy Journal* 4 (April 1983).

"When the Oil Spigot is Suddenly Turned Off: Some Further Thoughts" (with R. Weiner), *Journal of Policy Analysis and Management* 2 (Winter 1983).

### *Submitted Papers and Working Papers*

"Country Characteristics and the Incidence of Capital Income Taxation on Wages: An Empirical Assessment" (with C. Azémar), Working Paper, Columbia University, 2013.

"Analysis of Discrimination in Prime and Subprime Mortgage Markets" (with Darius Palia and Wei Yu), Working Paper, Columbia University, 2011.

"The Elasticity of Deferred Income With Respect to Marginal Income Tax Rates" (with K.A. Hassett and A. Mathur), Working Paper, Columbia University, 2011.

"Tax Policy and Wage Growth" (with W. M. Gentry), Working Paper, Columbia University, 2001.

"Investor Protection, Ownership, and Investment" (with C.P. Himmelberg and I. Love), Working Paper, Columbia University, 2000.

"Incentive Pay and the Market for CEOs: An Analysis of Pay-for-Performance Sensitivity" (with C.P. Himmelberg), Working Paper, Columbia University, 2001.

"Noncontractible Quality and Organizational Form in the U.S. Hospital Industry," (with K.A. Hassett), Working Paper, Columbia University, 1999.

"Entrepreneurship and Household Saving," (with W. M. Gentry), Working Paper, Columbia University, 2001.

"Corporate Payouts and the Tax Price of Corporate Retentions: Evidence from the Undistributed Profits Tax of 1936-37" (with P. Reiss),Working Paper No. 3111, National Bureau of Economic Research, September 1989.

"Market Structure, Durable Goods, and Cyclical Fluctuations in Markups" (with I. Domowitz and B. Petersen), Working Paper, Northwestern University, 1987.

"Finite Lifetimes, Borrowing Constraints, and Short-Run Fiscal Policy" (with K. Judd), Working Paper No. 2158, National Bureau of Economic Research, 1987.

*GRANTS RECEIVED*

"Corporate Board Study Group," Rockefeller Foundation, 2009.

"Institutional Investors, Boards of Directors, and Corporate Governance," Korn/Ferry, 1997.

"An Economic Analysis of Saving Incentives," Securities Industry Association, 1994, with Jonathan Skinner.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," Catalyst Institute, 1993.

"Precautionary Saving in the U.S. Economy," Bradley Foundation, 1989-1990, with Jonathan Skinner and Stephen Zeldes.

"Taxation, Corporate Leverage, and Financial Distress," Garn Institute for Finance, 1989-1990.

"Precautionary Saving in a Dynamic Model of Consumption and Labor Supply," National Science Foundation (Economics Group SES-8707997), 1987-1989, with Jonathan Skinner and Stephen Zeldes.

"Industrial Behavior and the Business Cycle: A Panel Data Study of U.S. Manufacturing," National Science Foundation (Economics Group SES-8420152), 1985-1987, with Ian Domowitz and Bruce Petersen.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Market," Transportation Center, Northwestern University, Summer 1985.

"Constructing a Panel Data Base for Studies of U.S. Manufacturing," University Research Grants Committee, Northwestern University, 1985-1986.

"Economic Analysis of Multiple-Price Systems: Theory and Application, "National Science Foundation (Regulatory Analysis and Policy Group, SES-8408805), 1984-1985.

"Contracting and Price Adjustment in Product Markets," University Research Grants Committee, Northwestern University, 1983-1984.


**PAPERS PRESENTED**

*University Seminars*

Bard College, University of Bergamo, Butler Community College, University of California (Berkeley), University of California (Los Angeles), University of California (San Diego), Carleton, University of Chicago, Columbia, University of Dubuque, Emory, University of Florida, University of Central Florida, Florida Atlantic University, George Washington, Georgetown, Georgia Southern University, Harvard, Hendrix College, University of Illinois, Indiana University, Johns Hopkins, Laval, Lehigh, University College (London), University of Kentucky, London School of Economics, MIT, University of Maryland, University of Miami, Miami University, University of Michigan, University of Minnesota, New York University, Northwestern, Oxford, University of Pennsylvania, Princeton, Rice, University of Rochester, Stanford, Syracuse, University of Miami, University of Texas, Texas Tech University, Tufts, University of Virginia, University of Wisconsin (Madison), University of Wisconsin (Milwaukee), Virginia Tech, and Yale.


*Conference Papers Presented*

American Council for Capital Formation, Washington, DC, June 1994.

American Economic Association, San Francisco, 2016; Boston, 2015; Philadelphia, 2014; San Diego, 2013; Chicago, 2012; New Orleans, 2008; Chicago, 2007; Boston, 2006; Philadelphia, 2005; San Diego, January 2004; Atlanta, January 2002; New Orleans, January 2001; Boston, January 2000; New York, January 1999; New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; Boston, January 1994; Anaheim, January 1993; Washington, D.C., December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1985; Dallas, December 1984.

American Enterprise Institute, Conference on Corporate Taxation, 2016; Conference on Private Equity, 2007; Conference on Corporate Taxation, 2006; Conference on Multinational Corporations, 2004, 2003; Conference on Multinational Corporations, February 1999; Conference on Income Inequality, January 1999; Conference on Transition Costs of Fundamental Tax Reform, November 1998; Conference Series on Social Insurance Reform, 1997-1998; Conference Series on Fundamental Tax Reform, 1995-1998; Conference on Distributional Analysis of Tax Policies, Washington, D.C., December 1993.

American Finance Association, New Orleans, January 2008; San Diego, January 2004; Boston, January 2000; New York, January 1999; New Orleans, January 1997.

Association of Environmental and Resource Economists, Dallas, December 1984; San Francisco, December 1983.

Association of Public Policy Analysis and Management, New Orleans, October 1984; Philadelphia, October 1983.

Bipartisan Commission on Entitlement and Tax Reform, Washington, DC, June 1994.

Brookings Panel on Economic Activity, September 2015, September 1994, April 1988, September 1987, September 1986, April 1986, September 1985.

Centre for Economic Policy Research Conference on Capital Taxation and European Integration, London, September 1989.

Conference on International Perspectives on the Macroeconomic and Microeconomic Implications of Financing Constraints, Centre for Economic Policy Research, Bergamo, Italy, October 1994.

Congressional Research Service Conference for New Members of Congress, Williamsburg, January 1999.

Congressional Research Service Conference for Members of the Ways and Means Committee, Baltimore, October 2001.

Deutsche Bundesbank Conference on Investing for the Future, Frankfurt, Germany, May 2000.

Eastern Economic Association, Boston, March 1988; Boston, February 1983.

Econometric Society, New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; New Orleans, January 1992; Washington, December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1986; New York, December 1985; Boston, August 1985; Madrid, September 1984; San Francisco, December 1983; Pisa, August 1983.

Energy Modeling Forum, Stanford University, August 1983; February 1983; August 1982.

European Commission, Conference on Taxation of Financial Instruments, Milan, June 1998.

European Institute for Japanese Studies, Tokyo, September 2002; March 2002.

Federal Reserve Bank of Boston, Annual Economic Conference, North Falmouth, Massachusetts, June 1995.

Federal Reserve Bank of Kansas City Symposium on "Financial Market Volatility – Causes, Consequences, and Policy Responses," Jackson Hole, Wyoming, August 1988; Comment of Rogoff, August 2004.

Federal Reserve Bank of New York, Conference on Consolidation of the Financial Services Industry, New York, March 1998.

Federal Reserve Bank of Philadelphia Conference on Economic Policy, Philadelphia, November 2007; November 2001.

Federal Reserve Bank of St. Louis, Conference on Economic Policy, St. Louis, October 1994.

Harvard Law School U. S.-Japan Symposium, Tokyo, December 2003; Washington, D. C., September 2002; Tokyo, December 2001.

Hoover Institution, Conference on Fundamental Tax Reform, December 1995.

The Institute of Gas Technology, Washington, DC, May 1982.

The Institute of Management Science/Operations Research Society of America, Orlando, November 1983; Chicago, April 1983.

International Association of Energy Economists, Boston, November 1986; Philadelphia, December 1985; Bonn, June 1985; San Francisco, November 1984; Washington, DC, June 1983; Denver, November 1982; Cambridge (England), June 1982; Houston, November 1981.

International Conference on the Life Cycle Model, Paris, June 1986.

International Institute of Public Finance, Innsbruck, August 1984.

International Seminar on Public Economics, Amsterdam, April 1997.

National Academy of Sciences, February 1997.

National Association of Business Economists, Washington, March 2015; Orlando, September 2003; Washington, September 2002; New York, September 2001; Boston, September 1996; Dallas, September 1992; New Orleans, October 1987.

National Bureau of Economic Research - IMEMO Conference on the American Economy, Moscow, August 1989.

National Bureau of Economic Research Summer Institute, August 2014; August 2012; August 2009; August 2006; August 2005; July-August 2003; July-August 2000; July-August 1999; July-August 1998; August 1997; July 1995; July 1994; July 1993; August 1992; July-August 1991; July-August 1990; July-August 1989; July-August 1988; July-August 1987; July-August 1986; July 1985; July 1984; July 1983.

National Bureau of Economic Research Conference on Asymmetric Information, Corporate Finance, and Investment, Cambridge, May 1989.

National Bureau of Economic Research Conference on Chinese Economic Reform, Shanghai, China, July 2000.

National Bureau of Economic Research Conference on Financial Crises, Key Biscayne, March 1990.

National Bureau of Economic Research Conference on Government Expenditure Programs, Cambridge, November 1986.

National Bureau of Economic Research Conference on Indian Economic Reform, Rajasthan, India, December 1999.

National Bureau of Economic Research Conference on Innovation Policy, Washington, DC, April 2004, April 2003.

National Bureau of Economic Research Conference on International Taxation, Washington, DC, April 1994; Cambridge, January 1994; New York, September 1991; Nassau, Bahamas, February 1989.

National Bureau of Economic Research, Macroeconomic Annual Conference, Cambridge, MA, April 2004.

National Bureau of Economic Research Conference on Macroeconomics and Industrial Organization, Cambridge, July 1988; Cambridge, July 1987; Cambridge, July 1986; Chicago, November 1985.

National Bureau of Economic Research Conference on Nonprofit Organizations, Cheeca Lodge, January 2002; Cambridge, October 2001.

National Bureau of Economic Research Conference on Pensions, Baltimore, March 1985; San Diego, April 1984.

National Bureau of Economic Research Conference on Productivity, March 1988; March 1987.

National Bureau of Economic Research Conference on Public Economics, Cambridge, April 1999, April 1994, April 1993, November 1991, April 1991, March 1988, November 1987, March 1987.

National Bureau of Economic Research Conference on Tax Policy and the Economy, Washington, DC, October 2001, November 1998, November 1996, November 1994, November 1991, November 1989.

National Bureau of Economic Research Trans-Atlantic Public Economics Seminar, London, May 2002; Gerzensee, May 2000; Turin, May 1994.

Organization for Economic Cooperation and Development, Economic Policy Committee Meeting, Paris, November 2002, April 2002, November 2001, April 2001.

National Tax Association/Tax Institute of America, Washington, DC, June 2000; Atlanta, October 1999; Arlington, May 1992; Seattle, October 1983.

Organization for Economic Cooperation and Development, Ministerial Meeting, Paris, May 2002, May 2001.

Princeton Center for Economic Policy Conference, October 2000, October 1995.

Sveriges Riksbank/Stockholm School of Economics Conference on Asset Markets and Monetary Policy, Stockholm, Sweden, June 2000.

U.S. House of Representatives, Budget Committee, June 2001.

U.S. House of Representatives, Committee on Ways and Means, Washington, DC, June 2006; June 2005; June 1999; April 1997, June 1996, July 1992.

U.S. Joint Economic Committee, Washington, DC, February 2003, October 2002, October 2001, May 2001.

U. S. Senate Committee on Banking, Housing, and Urban Affairs, Washington, DC, October 2001, May 2001.

U.S. Senate Committee on Budget, February 2003, September 2001.

U. S. Senate Committee on Commerce, Science, and Technology, July 2002.

U.S. Senate Committee on Finance, Washington, DC, February 2003, February 2002, February 1997, January 1995, January 1992, December 1981.

# APPENDIX B

## ROBERT GLENN HUBBARD

### *Testimony as an expert witness 2012 – 2017*

*In the Matter of: Certain Integrated Circuits with Voltage Regulators and Products Containing Same,* Investigation No. 337-TA-1024, United States International Trade Commission, Washington, D.C. Provided deposition testimony 2017.

*In re: Appraisal of Solera Holdings, Inc.,* Case No. 12080-CB, In the Court of Chancery of the State of Delaware. Provided deposition testimony 2017.

*In re: Good Technology Corporation Stockholder Litigation,* C.A. No. 11580-VCL, In the Court of Chancery of the State of Delaware. Provided deposition testimony 2017.

*Mylan Inc. & Subsidiaries, et al. v. Commissioner of Internal Revenue,* Docket No. 16145-14, 27086-14, United States Tax Court, Washington, D.C. Provided deposition testimony 2017.

*Abbott Laboratories v. Alere, Inc.,* C.A. No. 12963-VCG, In the Court of Chancery of the State of Delaware. Provided deposition testimony 2017.

*In re: LIBOR-Based Financial Instruments Antitrust Litigation,* MDL No. 2262, 11 Civ. 2613, United States District Court Southern District of New York. Provided deposition testimony 2017.

*In the Matter of: Determination of Rates and Terms for Making and Distributing Phonorecords (Phonorecords III),* Docket No. 16-CRB-0003-PR (2018-2022), Before the Copyright Royalty Board Library of Congress, Washington, D.C. Provided deposition testimony and trial testimony 2017.

*In re: Ocwen Financial Corporation Securities Litigation*, Case No. 14-81057 CIV-WPD, United Stated District Court, Southern District of Florida. Provided deposition testimony 2017.

*Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase Bank, N.A., et al.,* Case No. 09-00504, United Stated Bankruptcy Court, Southern District of New York. Provided deposition testimony and trial testimony 2017.

*Great Hill Equity Partners IV, LLP, et al. v. SIG Growth Equity Fund I, LLLP, et al,* Civil Action No. 7906, In the Court of Chancery for the State of Delaware. Provided deposition testimony 2016.

*Jennifer L. Kasilag, et al. v. Hartford Investment Financial Services, LLC,* Civil No. 1:2011cv01083, In the United States District Court, District of New Jersey, Camden Vicinage. Provided trial testimony 2016.

*In re: Ocwen Financial Corporation Securities Litigation*, Case No. 14-81057 CIV-WPD, United Stated District Court, Southern District of Florida.  Provided deposition testimony 2016.

*In the Matter of Lynn Tilton; Patriarch Partners, LLC, et al.*  Administrative Proceeding No. 3-16462, United States of America before the Securities and Exchange Commission.  Provided testimony 2016.

*Carlyle Capital Corporation Limited, Alan John Roberts, Neil Mather, Christopher Morris, Adrian John, Denis Rabet, solely in their capacity as Joint Liquidators of Carlyle Capital Corporation Limited (In Liquidation) v. William Elias Conway, Jr., James H. Hance, Jr., et al*, Court File No. 1510, In the Royal Court of Guernsey, Ordinary Court.  Provided testimony 2016.

*Illinois Tool Works, Inc. & Subsidiaries v. Commissioner of Internal Revenue,* United States Tax Court, Docket No. 10418-14.  Provided trial testimony 2016.

*General Electric Company v. United States of America,* Case No. 3:14-cv-190-JAM,  United States District Court, District of Connecticut. Provided deposition testimony in 2016.

*Symbol Technologies, Inc., Securities Litigation,* Consolidated C.A. No. 05-cv-3923-DRH, United States District Court, Eastern District of New York.  Provided deposition testimony in 2015.

*Jennifer L. Kasilag, et al. v. Hartford Investment Financial Services, LLC*, Civil No. 1:2011cv01083,  In the United States District Court, District of New Jersey, Camden Vicinage.  Provided deposition testimony 2015.

*American Chemicals & Equipment, Inc. 401(K) Retirement Plan v.  Principal Management Corporation and Principal Global Investors, LLC.*, 4:14-cv-00044-JAJ-HCA,  United States District Court, Southern District of Iowa.  Provided deposition testimony in 2015.

*Appraisal of Dell Inc.,* Consol. C.A. No. 9322-VCL,  In the Court of the Chancery of the State of Delaware.  Provided deposition testimony and trial testimony in 2015.

*Jacqueline Coffin and Sandra Lowry v. Atlantic Power Corporation, et al.,* Court File No. CV-13-480939-00CP,  Ontario Superior Court of Justice.  Provided deposition testimony in 2015.

*Peter J. Rush, et al. v. Walter Energy, Inc., et al.,* Master File No. 2:12-cv-00281-VEH,  United States District Court Northern District of Alabama, Southern Division.  Provided deposition testimony in 2014.

*Tullett Prebon PLC, Tullett Prebon Financial Services LLC f/k/a Tullett Liberty Securities LLC and Tullett Prebon Americas Corp. v. BGC Partners, Inc.,* case No. L-003796-11,  Superior Court of New Jersey, Hudson County.  Provided trial testimony in 2014.

*Basis Pac-Rim Opportunity Fund & Basis Yield Alpha Fund v. TCW Asset Management Company, Index No. 654033/2012,* Supreme Court of the State of New York, County of New York. Provided deposition testimony in 2014.

*Postova Bank, A.S. and Istrokapital SE v. The Hellenic Republic,* case no. ARB/13/8, International Centre for Settlement of Investment Disputes. Provided arbitration testimony in 2014.

*Sue Ann Hamm v. Harold G. Hamm,* case no. FD-2012-2048, District Court of Oklahoma County, State of Oklahoma. Provided deposition testimony and trial testimony in 2014.

*GE Dandong, et al. v. Pinnacle Performance Limited, et al,* court file no. 10-civ-8086, United States District Court Southern District of New York. Provided deposition testimony in 2014.

*Commonwealth REIT, Barry M. Portnoy, Adam D. Portnoy, Joseph L. Morea, William A.Lamkin, Frederick N. Zeytoonjian and REIT Management & Research LLC v. Corvex Management LP and Related Fund Management, LLC,* case no. 11-512-Y-276-13, United States District Court of Massachusetts. Provided arbitration testimony in 2013.

*Tullett Prebon PLC, Tullett Prebon Financial Services LLC f/k/a Tullett Liberty Securities LLC and Tullett Prebon Americas Corp. v. BGC Partners, Inc.,* Case No. L-003796-11, Superior Court of New Jersey, Hudson County. Provided deposition testimony in 2013.

*Donald P. Fewer v. GFI Group Inc. and Jersey Partners Inc.,* 601099/08, Supreme Court of the State of New York, County of New York. Provided deposition testimony in 2013.

*United States of America v. Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Bank, FSB; Bank of America Corporation; Bank of America, N.A.; and Rebecca Mairone,* Index No. 12 Civ. 1422, United States District Court Southern District of New York. Provided deposition testimony in 2013.

*Judith Curran and Michael Earp v. Principal Management Corporation and Principal Funds Distributor, Inc.,* Case no. 4:09-cv-00433-RP-CFB, United States District Court Southern District of Iowa Central Division. Provided deposition testimony in 2013.

*Karen E. Rushing v. Wells Fargo Bank, N.A.,* 8:10-CV-01572-SCB-AEP, United States District Court, Middle District of Florida. Provided deposition testimony in 2012.

*The State Treasurer of the State of South Carolina v. The Bank of New York Mellon and The Bank of New York Mellon,* Civil Action No. 2011-CP-40-00533, State of South Carolina, Court of Common Pleas for the Fifth Judicial Circuit. Provided deposition testimony in 2012.

*MBIA Insurance Corporation v. Countrywide Home Loans, Inc., Countrywide Securities Corp., Countrywide Financial Corp., Countrywide Home Loans Servicing, LP and Bank of America Corp.,* 08/602825, Supreme Court of the State of New York, County of New York. Provided deposition testimony in 2012.

*City of St. Petersburg, Florida v. Wells Fargo Bank, N.A.,* 8:10-CV-00693-JSM-TBM, United States District Court, Middle District of Florida. Provided deposition testimony in 2011 and trial testimony in 2012.

## APPENDIX C
### List of Documents Relied Upon

*Legal Filings*

- Complaint for Violations of the Federal Securities Laws and the Common Law, Case 9:16-cv-80056 (S.D. Fla), January 12, 2016
- Consent Order Pursuant to New York Banking Law § 44, in the Matter of Ocwen Financial Corporation, Ocwen Loan Servicing, LLC., December 22, 2014
- Exclusion Requests #11-#13, in Re: Ocwen Financial Corporation Securities Litigation, Case 140CIV-81057-WPD (S.D. Fla), March 16, 2017
- Exclusion Requests #14-#21, in Re: Ocwen Financial Corporation Securities Litigation, Case 140CIV-81057-WPD (S.D. Fla), March 16, 2017
- Exclusion Requests #6-#9, in Re: Ocwen Financial Corporation Securities Litigation, Case 140CIV-81057-WPD (S.D. Fla), March 17, 2017
- *In re: Kosmos Energy Ltd. Securities Litigation*, 2014 U.S. Dist. LEXIS 36365 (N.D. Tex. 2014)
- *Parnes v. Bally Entm't Corp.*, 2001 Del. Ch. LEXIS 34 (Del. Ch. 2001)

*Expert Reports*

- Expert Report of John D. Finnerty, Ph.D., May 25, 2017
- Expert Report of Glenn Hubbard, January 6, 2017

*Company Filings*

- Ocwen Financial Corp., Form NT 10-Q, dated August 12, 2014

*Academic Literature*

- R. Glenn Hubbard and Darius Palia, "A Reexamination of the Conglomerate Merger Wave in the 1960s: An Internal Capital Markets View," Journal of Finance, Vol. 54, No. 3, 1999, pp. 782-792
- R. Glenn Hubbard and Darius Palia, "Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms," RAND Journal of Economics, Vol. 26, No. 4, 1995, pp. 1131-1152

*Analyst Reports*

- Compass Point, "Margins Tighter, But Long-term Opportunity Remains; Maintain Buy," August 4, 2014
- Oppenheimer, "Very Public Rebuke Suggests Overhang Will Linger - Downgrading to Perform," August 4, 2014
- Evercore ISI, "Filing Delay and Modest Restatement; Updating Runoff Value," August 12, 2014
- Sterne Agee, "HLSS and OCN Near-Term delay in filing their 10Qs...more noise than substance," August 12, 2014
- Sterne Agee, "This Could Get Interesting...Updating Estimates," August 14, 2014
- Bank of America Merrill Lynch, "NY DFS settlement; Erbey resigns, Operational changes," December 22, 2014
- Barclays, "Settlement with NY DFS Reportedly Imminent, OCN Growth in Question," December 22, 2014
- Citi, "Alert: Quick Thoughts on NYDFS Settlement; Reiterate Neutral," December 22, 2014
- Compass Point, "NYDFS Settlement Reportedly Imminent, Our Initial Takeaways," December 22, 2014
- Evercore ISI, "Lowering Estimates and Target Price Following Settlement," December 22, 2014
- Evercore ISI, "Settlement with NYDFS Announced," December 22, 2014
- PiperJaffray, "Updates From OCN's Post DFS Settlement Conference Call," December 22, 2014
- Sterne Agee, "Erby to Resign...follow on monitoring could hold the company back for years," December 22, 2014
- Sterne Agee, "Investment View post conference call-lowering price target," December 23, 2014

*News Articles*

- "Ocwen Restates Results on Mortgage Servicing Accounting -- Market Talk," Dow Jones Newswires, August 12, 2014

*Press Releases*

- "Block & Leviton LLP Investigates Ocwen Financial Corp. After Announcement That The Company Will Restate Its Financials," PR Newswire, August 12, 2014
- "Press Release: Ocwen Financial Investor Alert - National Securities Law Firm Encourages Shareholders With Losses In Excess Of $100,000 To Contact Law Firm," Dow Jones Newswires, August 12, 2014

*Other*

- Letter from the New York State Department of Financial Services to Ocwen Financial Corporation, August 4, 2014

# APPENDIX D
# ANALYSTS' COMMENTARY ON
# THE DECEMBER 22, 2014 CONSENT ORDER

1.      I obtained and reviewed the equity analysts' reports published on December 22, 2014 that discussed the content of the Consent Order.[1]  These reports discussed the instability of Ocwen's management following Mr. Erbey's resignation, Ocwen's limited future growth, heightened compliance and monitoring expenses, and potentially higher litigation settlement costs.  There was no mention in any of these reports of Mr. Erbey's failure to recuse himself from related party transactions.

### 1.  "Heavy Price" Paid to Settle the NYDFS Investigation

2.      Several analysts commented on the "heavy price" paid by Ocwen to settle with the NYDFS, with terms harsher than expected.  Citi analysts stated that "the settlement terms had a heavy price."[2]  Bank of America Merrill Lynch analysts stated that even though the settlement was expected, "the terms were more punitive than the market thought likely."[3]  According to Sterne Agee analysts, the settlement "went well beyond anything we were expecting."[4]

---

[1]     Compass Point, "NYDFS Settlement Reportedly Imminent, Our Initial Takeaways," December 22, 2014; Barclays, "Settlement with NY DFS Reportedly Imminent, OCN Growth in Question," December 22, 2014; Evercore ISI, "Settlement with NYDFS Announced," December 22, 2014; Evercore ISI, "Lowering Estimates and Target Price Following Settlement," December 22, 2014; PiperJaffray, "Updates From OCN's Post DFS Settlement Conference Call," December 22, 2014; Sterne Agee Flash Note, "Erby to Resign … follow on monitoring could hold the company back for years," December 22, 2014; Bank of America Merrill Lynch, "NY DFS settlement; Erbey resigns, Operational changes," December 22, 2014; Citi, "Alert: Quick Thoughts on NYDFS Settlement; Reiterate Neutral," December 22, 2014.

[2]     Citi, "Alert: Quick Thoughts on NYDFS Settlement; Reiterate Neutral," December 22, 2014.

[3]     Bank of America Merrill Lynch, "NY DFS settlement; Erbey resigns, Operational changes," December 22, 2014.

[4]     Sterne Agee, "Investment View post conference call-lowering price target," December 23, 2014.

3.      In addition, while market participants were hoping for a "clean resolution" with the NYDFS through the settlement, they were disappointed that the "regulatory overhang" continued.  As Citi analysts stated, "OCN shares declined this morning, in our view, as investors had hoped for a settlement that would have represented more of a clean resolution from the NYDFS probe.  Instead the company appears to remain under scrutiny from the NYDFS."[5]

### 2.  Mr. Erbey's Resignation

4.      Analysts discussed Mr. Erbey's resignation from Ocwen and the related companies and the expected effects of his departure.  For example, Compass Point analysts stated that "Bill Erbey is one of the primary reasons many investors stayed with OCN and its other sister companies through the recent regulatory onslaught.  Erbey has played a significant role in the direction of OCN and was the main architect of the corporate structure we see today.  His resignation will surely cause some of the investor base to question whether they will continue to support the company given that Erbey will not be there to steer the company through the new regulatory landscape."[6]  Barclays analysts stated that: "William Erbey has been a key driver of value creation at OCN and its related companies (HLSS, ASPS, RESI, AAMC), so his resignation would no doubt be a big loss for the company, though we suspect investors may have concluded it was an inevitable outcome of the settlement."[7]  Evercore ISI analysts discussed "three main areas of uncertainty for OCN over the intermediate to long-term," one of which was the "risk of

---

[5]      Citi, "Alert: Quick Thoughts on NYDFS Settlement; Reiterate Neutral," December 22, 2014.

[6]      Compass Point, "NYDFS Settlement Reportedly Imminent, Our Initial Takeaways," December 22, 2014.

[7]      Barclays, "Settlement with NY DFS Reportedly Imminent, OCN Growth in Question," December 22, 2014.

additional management changes following the departure of executive chairman Erbey on 1/16/15."[8]

### 3. Limited Future Growth

5.      Multiple analysts discussed the negative effect the Consent Order could have on Ocwen's future growth.  According to the Consent Order, Ocwen could only acquire additional mortgage servicing rights "upon (a) meeting [the] benchmarks developed by the Operations Monitor concerning the adequacy of Ocwen's onboarding process for newly acquired MSRs and its ability to adequately service both those newly acquired and its existing loan portfolio, and (b) the [NYDFS's] approval,"[9] which according to analysts "seems unlikely any time soon."[10]

6.      Merrill Lynch analysts expressed their surprise about "the scope of the Monitor's oversight, which includes consulting on Board appointments and assessing Board committees.  Given the scope and duration (up to three years) of the Monitor's engagement, OCN is likely to face elevated costs and a limited ability to buy MSRs in the near future, in our view."[11]

7.      Compass Point analysts stated that: "OCN will reportedly be prevented from making acquisitions or expanding until NYDFS is satisfied OCN has reformed its operation to protect borrowers.  This part of the settlement is not surprising, but confirms

---

[8]      Evercore ISI, "Lowering Estimates and Target Price Following Settlement," December 22, 2014.  The other two areas of uncertainties were "the cost of compliance (both monitor and op. [operating] ex. [expenses]" and "the potential for more financial settlements (including restitution) with other states and/or regulators."

[9]      Consent Order Pursuant to New York Banking Law § 44, in the Matter of Ocwen Financial Corporation, Ocwen Loan Servicing, LLC., December 22, 2014.

[10]      Barclays, "Settlement with NY DFS Reportedly Imminent, OCN Growth in Question," December 22, 2014.

[11]      Bank of America Merrill Lynch, "NY DFS settlement; Erbey resigns, Operational changes," December 22, 2014.

OCN will continue to shrink in the near-term and the company has limited capacity to grow its top line."[12]  Even though the Consent Order did not specify a date upon which Ocwen needed to reach the required benchmarks, PiperJaffray analysts estimated that "it will most likely be 2016 before OCN will get the green light for further purchases."[13]

### 4.   Increased Monitoring and Compliance Costs

8.      As discussed above, another of the settlement provisions of the Consent Order was that the NYDFS would select an Operations Monitor, and Ocwen was required to pay all necessary costs associated with the Monitor.  The Operations Monitor was in addition to the requirement of a Compliance Monitor that was put in place in 2012 resulting from a settlement with the NYDFS in December 2012.[14]

9.      Several analysts noted the impact of the provision on Ocwen's expenses and profit margin.  For example, Compass Point analysts commented that the "inclusion of a broader monitorship [to oversee all of Ocwen's operations] could materially impact how the company conducts its business as well as its profit margins for foreseeable future."[15] Additionally, PiperJaffray analysts adjusted the estimated revenue and adjusted EPS for Ocwen down for 2014 and 2015 "to better reflect the increasing costs and margin impacts as a result of the monitor and increased headcount needed to meet additional compliance requirements."  While the analysts did not state a downgrade was warranted at the time, they lowered the price target for Ocwen.[16]

---

[12]      Compass Point, "NYDFS Settlement Reportedly Imminent, Our Initial Takeaways," December 22, 2014.

[13]      PiperJaffray, "Updates From OCN's Post DFS Settlement Conference Call," December 22, 2014.

[14]      Consent Order Pursuant to New York Banking Law § 44, in the Matter of Ocwen Financial Corporation, Ocwen Loan Servicing, LLC., December 22, 2014.

[15]      Compass Point, "NYDFS Settlement Reportedly Imminent, Our Initial Takeaways," December 22, 2014.

[16]      PiperJaffray, "Updates From OCN's Post DFS Settlement Conference Call," December 22, 2014.

10.     Barclays analysts also pointed out that Ocwen was required to "hand over to its current and former borrowers their loan files free of charge."  In combination with the appointment of an Operations Monitor, they indicated that Ocwen's compliance costs could be meaningfully increased.[17]

11.     Similarly, Evercore ISI analysts discussed the potential increase in compliance costs and downwardly revised their margin assumptions following the announcement of the Consent Order.[18]

**5.  Additional Factors**

12.     In addition to the negative information cited above, one or more analysts also discussed the following factors as basis for downward revisions to estimates and/or target prices, including:

a.   Concern that states and/or regulators other than NYDFS would scrutinize Ocwen's operations, which might lead to more financial settlements;[19]

b.   additional litigation and hence higher costs related to the release of loan files.[20,21]

---

[17]     Barclays, "Settlement with NY DFS Reportedly Imminent, OCN Growth in Question," December 22, 2014.

[18]     Evercore ISI, "Settlement with NYDFS Announced," December 22, 2014; Evercore ISI, "Lowering Estimates and Target Price Following Settlement," December 22, 2014.

[19]     Evercore ISI, "Lowering Estimates and Target Price Following Settlement," December 22, 2014.

[20]     Compass Point, "NYDFS Settlement Reportedly Imminent, Our Initial Takeaways," December 22, 2014.

[21]     I reviewed the news articles published on December 22, 2014, and found no additional news beyond Ocwen's entry into the consent order with the NYDFS.